**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Jessica M. Laserna*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*jessica.laserna@usdoj.gov*

*main: (973) 645-2700*
*direct:(973) 297-2019*

September 14, 2026

**BY ECF**
Hon. Claire C. Cecchi, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *Serratos Ramirez v. Blanche, et al.*, 26-cv-11965 (CCC)**
**Petitioner's Release**

Dear Judge Cecchi:

This Office represents Respondents in this habeas action. We respectfully write to report that U.S. Immigration and Customs Enforcement informed this Office that Petitioner was released from custody today, September 14, 2026, at approximately 2:00 p.m.

We therefore respectfully request that the Court close this case and lift all temporary restraints. We thank the Court for its attention to this matter.

In light of Petitioner's release, the Clerk's Office shall close this matter. **SO ORDERED**.

*/s/ Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Dated: September 15, 2026

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Jessica M. Laserna*
JESSICA M. LASERNA
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of record (via *electronic filing*)